IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**DORPAN, S.L.,**

Plaintiff,

v.

**HOTEL MELIA, INC. et al.,**

Defendants.

_____

**HOTEL MELIA, INC. et al.,**

Plaintiff,

v.

**DORPAN, S.L., et al.,**

Defendants.

**Consolidated cases:**
**Civil No. 09-1138 (GAG)**
**Civil No. 09-1188 (GAG)**

## JUDGMENT

Pursuant to the court's opinion and order at Docket No. 117 and order at Docket No. 118, judgment is hereby entered granting Dorpan, Sol Meliá, and Desarrolladora to use the term Meliá in connection with hotel services within Puerto Rico and the U.S.  However, said parties may not use the term Meliá within Ponce, Puerto Rico.  Hotel Meliá Inc. retains the right to use the term Meliá within Ponce, Puerto Rico in connection with its hotel, but cannot expand its business beyond Ponce, Puerto Rico.

**SO ORDERED.**

In San Juan, Puerto Rico this 31st day of March, 2012.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge