# Joanne de Thomas

TAQUÍGRAFO DE RÉCORD
TIERRALTA II
CALLE LA TÓRTOLA M-17
GUAYNABO, PR 00969

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 9/20/2010 | 91006 |

| BILL TO | RE: |
|---------|-----|
| Reichard & Caláf PSC<br>361 San Francisco Street, 4th Floor<br>San Juan, PR 00902<br>Atn.: Lcdo. Federico Caláf Legrand | Dorpan. S.E. v. Hotel Meliá, Inc.<br>Hotel Meliá, Inc., v. Dorpan, S.E.<br>Civil Nos. 09-1139 and 09-1188 |

| TERMS | DUE DATE |
|-------|----------|
| Due on receipt | 9/20/2010 |

| SERVICED | DESCRIPTION | QTY | AMOUNT |
|----------|-------------|-----|--------|
| 7/27/2010 | The deposition transcript of Nicolás Albors in the matter of reference. | 110 | 605.00 |
| | Reporter's appearance fee. | | 100.00 |
| | Condensed format and word index. | | 40.00 |
| | Photocopies of exhibits. | 4 | 1.40 |
| | Deposition on disk and e-mail delivery of transcript. | | 15.00 |
| 7/28/2010 | The deposition transcript of Enrique Albors in the matter of reference. | 95 | 522.50 |
| | Reporter's appearance fee. | | 100.00 |
| | Condensed format and word index. | | 40.00 |
| | Deposition on disk and e-mail delivery of transcript. | | 15.00 |
| 7/29/2010 | The deposition transcript of María Amalia Evelia Torres in the matter of reference. | 59 | 324.50 |
| | Reporter's appearance fee. | | 100.00 |
| | Condensed format and word index. | | 40.00 |
| | Deposition on disk and e-mail delivery of transcript. | | 15.00 |
| | Messenger service. | | 15.00 |

Thank you! This invoice is not contingent upon third parties.

**Total** $1,933.40

| Phone # | E-mail |
|---------|--------|
| (787) 501-3007 | jeannedethomas@yahoo.com |