# Reichard & Calaf Law Offices

361 San Francisco St
4th Floor
San Juan, PR 00901

# Invoice

Order #:
Account #: 5500.1000
Invoice #: 128527
Invoice Date: 3/31/2010

**Bill To:**
Dorpan S.L.

**Case:** Hotel Meliá-Opposition
**Contact:** Sra. Marison Mateos

| Serviced | Timekeeper | Description | Hours/Qty | Amount |
|---|---|---|---|---|
| 3/1/2010 | FCL | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 3/1/2010 | CC | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 3/2/2010 | FCL | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 3/4/2010 | FCL | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 3/8/2010 | CC | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 3/8/2010 | FCL | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 3/9/2010 | FCL | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 3/9/2010 | EGR | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

Please remit payment via check payable to Reichard & Calaf, PSC.

# Reichard & Calaf Law Offices

361 San Francisco St
4th Floor
San Juan, PR 00901

# Invoice

Order #:
Account #: 5500.1000
Invoice #: 128527
Invoice Date: 3/31/2010

**Bill To:**
Dorpan S.L.

**Case:** Hotel Meliá-Opposition
**Contact:** Sra. Marison Mateos

| Serviced | Timekeeper | Description | Hours/Qty | Amount |
|---|---|---|---|---|
| 3/9/2010 | IP | ███████████ | ██ | ██ |
| 3/9/2010 | CC | ███████████ | ██ | ██ |
| 3/10/2010 | FCL | ███████████ | ██ | ██ |
| 3/10/2010 | EGR | ███████████ | ██ | ██ |
| 3/10/2010 | CC | ███████████ | ██ | ██ |
| 3/11/2010 | CC | ███████████ | ██ | ██ |
| 3/15/2010 | EGR | ███████████ | ██ | ██ |
| 3/15/2010 | FCL | ███████████ | ██ | ██ |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

Please remit payment via check payable to Reichard & Calaf, PSC.

# Reichard & Calaf Law Offices

361 San Francisco St
4th Floor
San Juan, PR 00901

# Invoice

Order #:
**Account #:** 5500.1000
**Invoice #:** 128527
**Invoice Date:** 3/31/2010

**Bill To:**

Dorpan S.L.

**Case:** Hotel Meliá-Opposition
**Contact:** Sra. Marison Mateos

| Serviced | Timekeeper | Description | Hours/Qty | Amount |
|----------|-----------|-------------|-----------|--------|
| 3/16/2010 | FCL | ████████████████████ | ████ | ████ |
| 3/16/2010 | EGR | ████████████████████ | ████ | ████ |
| 3/16/2010 | CC | ████████████████████ | ████ | ████ |
| 3/19/2010 | IP | ████████████ | ███ | ████ |
| 3/23/2010 | CC | ████████████████ | ███ | ████ |
| 3/26/2010 | FCL | ████████████████████ | ███ | ████ |
| 3/30/2010 | CC | ████████████████████ | ████ | ████ |
| 3/30/2010 | FCL | ████████████████ | ███ | ███ |

**Total**

**Payments/Credits**

**Balance Due**

Please remit payment via check payable to Reichard & Calaf, PSC.

# Reichard & Calaf Law Offices

361 San Francisco St
4th Floor
San Juan, PR 00901

# Invoice

Order #:
**Account #:** 5500.1000
**Invoice #:** 128527
**Invoice Date:** 3/31/2010

**Bill To:**
Dorpan S.L.

**Case:** Hotel Meliá-Opposition
**Contact:** Sra. Marison Mateos

| Serviced | Timekeeper | Description | Hours/Qty | Amount |
|---|---|---|---|---|
| 3/31/2010 | FCL | ███████████████████████ | ██ | ███ |
| 3/31/2010 | CC | ███████████████████████ | ██ | ███ |
| | | Gastos | | |
| 3/31/2010 | | 500 copias en producción de documentos para enumerarlas y digitalizarlas para entregar a Lcdo. Jairo Mellado. | 500 | 175.00 |

| | |
|---|---|
| **Total** | $███ |
| **Payments/Credits** | $███ |
| **Balance Due** | $███ |

Please remit payment via check payable to Reichard & Calaf, PSC.