# Certified Translator and Interpreter

P.O. Box 19857
San Juan, PR 00910-1857

Phone # 787-725-3785 & 787-721-6965
Fax # 787-725-6780    E-mail: translators@ctipr.net

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/12/2010 | 16344 |

**Bill To**

REICHARD & CALAF, PSC
Attn: Elizabeth Gutierrez
361 San Francisco St.
San Juan, Puerto Rico 00901
787-725-1004

| P.O. NO. | TERMS |
|---|---|
|  | Due on receipt |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Certified Translation of documents | 1,900.00 | 1,900.00 |
|  | RE: Dorpan |  |  |

*GASTOS ENTRADOS 11/15/2010*
*FECHA:* [signature]
*POR:*

Thank you for your business.

| | Total | $1,900.00 |
|---|---|---|